IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ISAAM EL NOUN,
ALIEN # A72-838-240,

    Petitioner,

v.                                          CASE NO. 4:07-cv-00299-MP-WCS

ALBERTO GONZALES, et al.,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 13, Report and Recommendation of the Magistrate Judge, recommending that Respondents' Motion to Dismiss, Doc. 8, be granted, and that Petitioner Noun's Petition for Writ of Habeas Corpus, Doc. 1, be dismissed as moot. The Magistrate Judge filed the Report and Recommendation on Wednesday, October 3, 2007. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has made. In this instance, however, no objections have been filed.

Petitioner filed his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Doc. 1. Respondents have filed a motion to dismiss asserting that Petitioner was released from custody, and because of this the case should be dismissed as moot. Federal district courts have jurisdiction to entertain habeas petitions only from persons who are "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). Respondents assert that "Petitioner was released from custody of ICE on August 23, 2007." The Court agrees with the Magistrate that since no case or controversy exists, this case must be dismissed as moot.

Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 13, is adopted and incorporated by reference in this order.

2. The Respondents' Motion to Dismiss, Doc. 8, is GRANTED, and the petition for writ of habeas corpus, Doc. 1, is DISMISSED.

    **DONE AND ORDERED** this   *2nd* day of November, 2007

                *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge